MHN

# PRISONER CASE

UNITED STATES DISTRICT
NORTHERN DISTRICT OF

Civil Cover Sheet

**08CV1730
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN**

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. MATTHEW ECHEVARRIA | **Defendant(s):** THOMAS MCCANN |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:**<br>Matthew Echevarria<br>R-12180<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinios Attorney General's Office<br>100 West Randolph - 12 Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

FILED
3-25-2008
MAR 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** Q. E. Woolham  **Date:** 03/25/2008