**FILED**

MAR 25 2008
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3/20/08

I was not able to obtain copies of my petition due to not being able to get to the law library.

I am requesting copies if possible

Thank You!

Matthew Echevarria
#R12180
P.O. Box-112
Joliet, Il. 60434

**08CV1730**
**JUDGE GOTTSCHALL**
**MAG. JUDGE ASHMAN**