# United States District Court, Northern District of Illinois

HHW

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1730 | DATE | APR 25 2008 |
| CASE TITLE | United States ex rel. Matthew Echevarria (#R-12180) vs. Thomas McCann | | |

**DOCKET ENTRY TEXT:**

The petitioner's motion to hold this case in abeyance [#3] is granted. The case is stayed pending final disposition of the petitioner's pending post-conviction proceedings in the state court system. The respondent need only enter an appearance at this time; no response to the petition is required until the stay is lifted. The clerk is directed to mail a copy of the petition to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Matthew Echevarria, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner challenges his conviction for first degree murder on the grounds that: (1) two of the charges in the indictment were "void" for duplicity; (2) the trial judge gave improper instructions to the jury; (3) the prosecutor engaged in misconduct; (4) the sentence imposed is excessive and based on improper considerations; (5) the petitioner was not afforded a hearing within forty-eight hours of his arrest; (6) the trial court erred in prohibiting counsel from eliciting certain evidence in cross-examination; (7) the petitioner's trial counsel was ineffective; and (8) his appellate counsel was ineffective.

The petitioner has paid the statutory filing fee as directed. *See* Minute Order of April 3, 2008. In addition, the petitioner appears to have initiated this action in a timely manner.

However, the petitioner recognizes that this is a "mixed" petition raising both claims regarding which he has exhausted state court remedies and claims that are currently pending review in a successive post-conviction petition. The petitioner accordingly requests that this case be held in abeyance pending resolution of the post-conviction proceedings.

The motion is granted. This case is stayed pending disposition of the ongoing post-conviction proceedings. The petitioner is directed to file a status report by October 1, 2008, notifying the court as to the posture of the state court case.

**(CONTINUED)**

mjm

## STATEMENT (continued)

The respondent need only enter an appearance at this time. The respondent will be directed to answer the petition or otherwise plead after the case stay has been lifted. This preliminary order does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness arguments it may wish to present.

The petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.