UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case | 08 C 1730 |
|---|---|---|

United States of America ex rel. Matthew Echevarria (#R-12180) v. Thomas McCann.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent, Thomas McCann.

| SIGNATURE |
|---|
| s/Katherine D. Saunders |

| FIRM |
|---|
| Illinois Attorney General's Office |

| STREET ADDRESS | 100 W. Randolph St., 12th Floor |
|---|---|

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230668 | 312-814-6128 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO  X |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☐ |
|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2008, I electronically filed the attached APPEARANCE with the Clerk of Court using the CM/ECF system, and I hereby certify that on April 30, 2008, I mailed the document by United States Postal Service to:

Matthew Echevarria, #R12180
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434

                                              LISA MADIGAN
                                              Attorney General of Illinois

By:    s/Katherine D. Saunders
          KATHERINE D. SAUNDERS, Bar #6230668
          100 W. Randolph St., 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-6128
          FAX: (312) 814-2253
          EMAIL: ksaunders@atg.state.il.us