Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | 4-29-2008 |
|---|---|---|---|
| CASE NUMBER | 08 C 1730 | DATE | APR 29 2008 |
| CASE TITLE | United States ex rel. Matthew Echevarria (#R-12180) vs. Thomas McCann | | |

**DOCKET ENTRY TEXT:**

The court has received two payments of the $5.00 statutory filing fee from the petitioner. The Clerk is directed to forward a copy of this order to the court's Fiscal Department so that a refund of the duplicate payments may be issued to the petitioner.

■ [Docketing to mail notices.]

mjm