Matthew Echevarria

v.

COUNTY OF WILL ) ss. McCann et al.
STATE OF ILL. )

08 C 1730
08 C 1730

FILED
MAY 1 2 2008
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT

I, MATTHEW ECHEVARRIA, DEPOSES AND STATE THAT THE FOREGOING IS TRUE AND CORRECT AND MADE UPON MY PERSONAL KNOWLEDGE, AND UNDER THE PENALTYS OF PERJURY THAT THE FACTS AND INFORMATION CONTAINED ARE CORRECT TO MY KNOWLEDGE, WHEREFORE PETITIONER STATES THE FOLLOWING:

1. In the Habeas Corpus Petition I filed I asked that the Habeas Corpus Petition be stayed and held in Abeyance until my other claims in A Successive Post Conviction Petition where fully exhausted in the State Court.

2. Apon filing my Habeas Petition, I, in good-faith, planed on having my Actual Innocence Post Conviction filed, but due to the constrants my Federal Habeas Corpus Petition had to be filed before the deadline.

3. Apon filing my Habeas Petetion, I also attached a Affidavit stating, that my successive Post Conviction was not filed yet, but would soon be filed.

4. As of May 9, 2008 I placed my Successive Post Conviction Petition in the Stateville Mail System.

5. The court has granted my motion to Hold and Stay in Abeyance on my Federal Habeas Corpus Petition an until Oct. 1, 2008

6. I would respectfully, like to clarify and make sure that the court has not misunderstood,, that I had filed my Post Conviction petition prior to filing my Federal Habeas Corpus Petition.

7. According to being granted on the Motion to Stay and Hold in Abeyance on my Federal Habeas Corpus Petition, I do think that the courts wording in the response to the motion sounds like they may have misunderstood that I have already filed my Successive Post Conviction, prior to filing my Federal Habeas Petition.

8. I'm writting the court, respectfully, in good-faith, to make sure that there was no misunderstanding and that my intentions are not to mislead the court in anyway.

SUBSCRIBE AND SWORN TO BEFORE
ME THIS 8th DAY OF May  2008
_____
          NOTARY PUBLIC

"OFFICIAL SEAL"
Crystal L. Mason
Notary Public, State of Illinois
My Commission Exp. 11/10/2008

/S/ MATTHEW ECHEVARRIA

IN THE
<u>UNITED STATES DISTRICT COURT</u>
<u>OF ILLINOIS</u>

<u>MATTHEW ECHEVARRIA</u>   )
Plaintiff,                 )
                          )  Case No. <u>08-C-1730</u>
        v.                 )
                          )
<u>THOMAS McCANN</u>          )
Defendant                  )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>CLERK OF U.S. DISTRICT COURT</u>   TO: _____
    <u>UNITED STATES COURT HOUSE</u>       _____
    <u>219 SOUTH DEARBORN STREET</u>       _____
    <u>CHICAGO, ILLINOIS 60604</u>         _____

PLEASE TAKE NOTICE that on <u>MAY 8TH</u>, 20<u>08</u>, I have placed the documents listed below in the institutional mail at <u>STATEVILLE</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

<u>2 COPIES OF AFFIDAVIT</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>5/8/08</u>

/s/ <u>Matthew Echevarria</u>
NAME: <u>MATTHEW ECHEVARRIA</u>
IDOC#: <u>R12180</u>
<u>STATEVILLE</u> Correctional Center
P.O. BOX <u>112</u>
<u>JOLIET</u>, IL <u>60434</u>

Revised Jan 2002