**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MATTHEW ECHEVARRIA,

    Petitioner,

v.

STEPHEN DUNCAN,

    Respondent.

No. 08 C 1730

Judge Thomas M. Durkin

**ORDER**

This case has been stayed since April 2008 pending habeas petitioner Matthew Echevarria's efforts to exhaust his administrative remedies in state court. R. 10. State court proceedings on his original post-conviction petition are ongoing. R. 46 ¶ 2. In October 2014, Echevarria filed a second successive post-conviction petition in state court, citing newly discovered evidence. R. 43 at 4. Echevarria has moved to extend the stay in this case to allow him to exhaust his state court remedies with respect to his second post-conviction petition. R. 43. The respondent has moved to dismiss this case without prejudice to reinstatement a reasonable time after state court proceedings are concluded, citing the "already-protracted nature of the stay in this case." R. 46 ¶ 4.

A dismissal, even without prejudice, may have unforeseen consequences affecting petitioner's opportunity to obtain a judgment on the merits of his habeas petition. Conversely, the time and expense of periodic status conferences (which may be conducted telephonically) is small. The Court denies the respondent's

motion to dismiss petitioner's complaint, R. 46, and grants petitioner's motion to extend the stay, R. 43. The Court sets a status hearing for March 14, 2016 at 9:00 a.m. to discuss the status of petitioner's state court petitions.

ENTERED:

Honorable Thomas M. Durkin
United States District Judge

Dated: September 14, 2015