IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW ECHEVARRIA, R12180, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1730 |
| | ) | |
| MICHAEL MELVIN, Warden, | ) | The Honorable |
| | ) | Thomas M. Durkin, |
| Respondent. | ) | Judge Presiding. |

## Status Report

Pursuant to this Court's October 24, 2017 order, Doc. 58, respondent files this status report concerning petitioner's state postconviction litigation.

In March 2008, the Clerk received petitioner's habeas corpus petition, Doc. 1, and this Court stayed the case pending the conclusion of petitioner's then-ongoing state court proceedings, Doc. 10.

Petitioner's postconviction litigation remains pending in state court, and is unlikely to have concluded before the next status hearing scheduled in this case (November 28, 2017).

Accordingly, respondent respectfully suggests that this Court reset the next status in this case to May 2018, or to any some other date that this Court deems appropriate.

November 3, 2017                          Respectfully submitted,

                                          LISA MADIGAN
                                          Attorney General of Illinois

                               By:    /s/ David H. Iskowich
                                      DAVID H. ISKOWICH, Bar No. 6243162
                                      Assistant Attorney General
                                      100 West Randolph Street, 12th Floor
                                      Chicago, Illinois 60601-3218
                                      TELEPHONE: (312) 814-3421
                                      FAX: (312) 814-2253
                                      E-MAIL: diskowich@atg.state.il.us

## CERTIFICATE OF SERVICE

I certify that on June 9, 2015, I electronically filed the foregoing **Status Report** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via United States Postal Service to the following non-registered party:

Matthew Echevarria, No. R12180
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

/s/ David H. Iskowich
DAVID H. ISKOWICH, Bar No. 6243162
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3421
FAX: (312) 814-2253
E-MAIL: diskowich@atg.state.il.us
