IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW ECHEVARRIA, | ) ) ) | No. 08 C 1730 |
| Petitioner, | ) ) | |
| v. | ) ) | The Honorable Thomas M. Durkin, |
| BRITTANY GREENE, Warden, | ) ) | Judge Presiding. |
| Respondent. | ) ) | |

## JOINT STATUS REPORT

Now come the parties to this litigation, Petitioner Matthew Echevarria by and through his counsel Tara Thompson of the Innocence Project, and Respondent Brittany Greene, by and through her counsel Nicholas Moeller of the Office of the Illinois Attorney General, and hereby provide the following joint status report on the status of these proceedings:

1. Petitioner's federal habeas petition has been pending for some time, stayed by this Court pending the outcome of Petitioner's state court post-conviction proceedings. (Dckt. No. 10.) This Court directed the parties to file a further status report by January 13, 2022. (Dckt. No. 99.)

2. Petitioner's state court post-conviction proceedings remain pending. Petitioner anticipates that state court proceedings will continue to take time to resolve.

3.  The parties suggest that the Court reset the next status in this case to nine months from now, or September 3, 2023, or any other date that this Court deems appropriate.

Date: January 3, 2023                                    Respectfully Submitted,


/s/ Tara Thompson                                        /s/ Nicholas J. Moeller
Tara Thompson                                            Nicholas J. Moeller
Innocence Project                                        Assistant Attorney General
40 Worth Street, Suite 701                               100 West Randolph Street, 12th Floor
New York, NY 10013                                       Chicago, Illinois 60601-3218
(212) 364-5340 (tel)                                     (773) 590-6936 (tel)
tthompson@innocenceproject.org                           nicholas.moeller@ilag.gov

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, hereby certify that on January 3, 2023, I caused to be filed the foregoing Joint Status Report with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and caused a copy of the same to be served upon all parties of record through the Court's CM/ECF system.

                                                        /s/ Tara Thompson